IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3035 |
| | ) | |
| V. | ) | |
| | ) | |
| ALFONZO CARRILLO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's "second motion for sentence modification pursuant to 18 U.S.C. § 3582(c)(2)" (filing 64) is denied.

DATED this 3rd day of February, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge